IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTY LLOYD,[1] | § | |
| | § | |
| Respondent Below, | § | No. 39, 2019 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| KASEY JEFFERS, | § | File No. CN16-03944 |
| | § | Petition No. 18-29145 |
| Petitioner Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: March 28, 2019
Decided:   April 1, 2019

## <u>**ORDER**</u>

The appellant filed a notice of appeal on January 25, 2019. Instead of paying the filing fee, she submitted with her notice of appeal a motion to proceed *in forma pauperis*, but the motion did not contain all the required information. On January 28, 2019, the Senior Court Clerk sent the appellant a letter enclosing the incomplete motion and directing her to return the completed motion no later than February 12, 2019, or a notice to show cause would issue. On February 19, 2019, the Chief Deputy Clerk issued a notice to the appellant to show cause why the appeal should not be dismissed because of her failure to diligently prosecute the appeal by filing

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

the completed motion to proceed *in forma pauperis*. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice